FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

OCT 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-16499 |
| Plaintiff-Appellee, | D.C. No. 3:20-cv-00158-MMD-CSD District of Nevada, Reno |
| v. | |
| $1,106,775.00 IN UNITED STATES CURRENCY, | **ORDER** |
| Defendant-Appellant, | |
| and | |
| OAK PORCELLI, | |
| Claimant-Appellant. | |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 40(c) and Circuit Rule 40-3. The three-judge panel opinion is vacated.